UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| FRANCES ROBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 6:14-cv-95 |
| AUTO-OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Auto-Owners Insurance Company ("Auto-Owners") filed a Motion to Dismiss. ECF No. 8. In response, Frances Robbins filed an amended complaint. ECF No. 13. Under Federal Rule of Civil Procedure 15, a party may amend its pleading once as a matter of course before it is served with a responsive pleading. Fed. R. Civ. P. 15(a)(1). Although Auto-Owners filed a Motion to Dismiss, such a motion is not considered a responsive pleading under Rule 15. *Taylor v. Greene*, 374 F. App'x 949, 950 (11th Cir. 2010). Therefore, Robbins is permitted to amend her complaint.

Auto-Owners's Motion to Dismiss applies to a previous complaint, and it is therefore ***DENIED*** as moot.

The /4 day of October, 2014

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA