UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| FRANCES ROBBINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 6:14-cv-95 |
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Frances Robbins has filed a Motion for Jury Trial. ECF No. 34. She failed to request a jury trial within fourteen days of filing her amended complaint, which she filed on September 13, 2014. *See* ECF No. 13. However, in the Eleventh Circuit, "the general rule governing belated jury requests under Rule 39(b) is that the trial court should grant a jury trial in the absence of strong and compelling reasons to the contrary." *Parrott v. Wilson*, 707 F.2d 1262, 1267 (11th Cir. 1983) (quotation omitted). The Defendant has not opposed a jury trial, and the Court also finds that granting Robbins's motion would not cause delay or prejudice to any party. Therefore, the Court **GRANTS** Robbins's motion, ECF No. 34.

However, the confessed reason for Robbins's delay in making her request was the "oversight" of her attorneys. ECF No. 34-1 at 1. "Delays have dangerous ends," *see* WILLIAM SHAKESPEARE, THE FIRST PART OF KING HENRY THE SIXTH act 3, sc. 2, and those ends sometimes hurt an attorney's clients. Plaintiff's counsel is encouraged not to overlook deadlines in the future.

This 6 day of December 2015

*[signature]*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA