UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| FRANCES ROBBINS, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV614-095 |
| AUTO-OWNERS INSURANCE COMPANY, | ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court having reviewed and considered the petition of M. Brandon Howard of the law firm of Kendall Law Group, LLC, 3152 Golf Ridge Boulevard, Suite 201, Douglasville, Georgia 30135, for permission to appear pro hac vice on behalf of defendant Auto-Owners Insurance Company, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter M. Brandon Howard as counsel of record for defendant Auto-Owners Insurance Company, in this case.

**SO ORDERED** this __11th__ day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA