IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| FRANCES ROBBINS, | * | |
| Plaintiff, | * | |
| v. | * | CV 614-095 |
| OWNERS INSURANCE COMPANY, | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is Matthew Brandon Howard's motion to withdraw as co-counsel. (Doc. 67.) Mr. Howard's motion indicates that Michael C. Kendall will remain as lead counsel for Defendant. Accordingly, Mr. Howard's motion is **GRANTED**. The clerk is directed to **TERMINATE** Mr. Howard as counsel of record in this matter.

**ORDER ENTERED** at Augusta, Georgia this 10th day of September, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1