IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| FRANCES ROBBINS, | * | |
| Plaintiff, | * | |
| v. | * | CV 614-095 |
| OWNERS INSURANCE COMPANY, | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the parties' stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 81.) Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 26th day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA